```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant CALZADA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 3 05 70411 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE |
| vs. | ) ) | PRELIMINARY HEARING DATE TO AUGUST 10, 2005. |
| RIGOBERTO CALZADA, | ) ) | |
| Defendant. | ) ) | |

This matter is currently calendared for a preliminary hearing on August 5, 2005 at 9:30 A.M. before the duty magistrate judge. Due to the unavailability of defense counsel, and with the consent of the defendant, defense counsel respectfully requests that the Court re-calendar the preliminary hearing date to August 10, 2005 at 9:30 A.M.

IT IS SO STIPULATED

DATED: _____      _____/s/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

DATED: _____      _____/s/_____
                              MICHELLE MORGAN-KELLY
                              Assistant United States Attorney

Stipulation and Order                                1

1  I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature
2  ( /S/ ) within this e-filed document.
3
4  [~~PROPOSED~~] ORDER
5  Good cause appearing, it is hereby ORDERED that the preliminary hearing date in the
6  aforementioned matter currently calendared for August 5, 2005 at 9:30 A.M., shall be
7  re-calendared to August 10, 2005 at 9:30 A.M.
8  IT IS SO ORDERED
9
10 DATED: August 4, 2005
11 THE HONORABLE BERNARD ZIMMERMAN
   UNITED STATES MAGISTRATE JUDGE

*[Seal of the United States District Court, Northern District of California, with signature: IT IS SO ORDERED, Judge Bernard Zimmerman]*

Stipulation and Order                    2