IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RIGOBERTO CALZADA,<br><br>    Defendant. | No. CR05-0514-01 BZ<br><br>**ORDER EXONERATING BOND** |

TO: RICHARD WIEKING, CLERK OF THE COURT

It is hereby ORDERED that the bond in the above-entitled case is exonerated. The Clerk of the United States District court for the Northern District of California shall return the Mexican passport to the defendant.

Dated: 8 Feb 06

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*United States v. Rigoberto Calzada*
No. CR05-0514-01 BZ
Order Exonerating Bond