BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CALZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0514 BZ |
| Plaintiff, | |
| v. | STIPULATED MOTION FOR TERMINATION OF PROBATION; [PROPOSED] ORDER |
| RIGOBERTO CALZADA, | |
| Defendant. | |
| | The Honorable Bernard Zimmerman |

The parties stipulate to the following:

1. Mr. Calzada has completed all Court Probation requirements. Attached to this Stipulated Motion is proof that Mr. Calzada has completed requisite Community Service hours;

2. As a courtesy, a copy of this Court's Judgment and Commitment is also attached;

3. Moreover, Mr. Calzada has successfully completed the 12 months of court probation ordered by this Court without any further criminal violations or violations of the terms and conditions of probation

4. AUSA Michelle Morgan-Kelly and AFPD Elizabeth Falk thus stipulate and jointly propose to the Court that Mr. Calzada be terminated from his Court

*United States v. Calzada*- 05-0514 BZ - Stip to Termination of Probation

probation, which was set to expire August 11, 2006.

**IT IS SO STIPULATED.**

DATED: October 18, 2006

_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

Case 3:05-cr-00        Filed 10/23/2006   Page 2 of 14

DATED: October 18, 2006

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

**[PROPOSED] ORDER**

For good cause shown, this Court hereby finds that Mr. Rigoberto Calzada has performed satisfactorily while on probation, has abided by the terms of Court probation, and has successfully and timely completed all his Court Probation requirements. As such, this Court deems it appropriate to terminate Rigoberto Calzada from Court Probation. Defendant Rigoberto Calzada's Court Probation is thus hereby TERMINATED.

**IT IS SO ORDERED.**

DATED: 24 Oct 06

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

United States v. Calzada- 05-0514 BZ - Stip to Termination of Probation

Case 3:05-cr-00514-BZ   Document 20   Filed 10/23/2006   Page 3 of 14

JUDGMENT AND COMMITMENT ORDER
FILED AUGUST 11, 2005

AO 245B (Rev. 12/03 - Judgment in a Criminal Case)

# United States District Court
## Northern District of California

**FILED**
AUG 11 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| RIGOBERTO CALZADA | Case Number: CR05-0514-01 BZ |
| | USM Number: |
| | Elizabeth Falk (FPD) |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s): one of the Information .
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. Section 1028 (a)(6) | Knowingly Possessing an Authentication Feature that appears to be of the United States Produced without Lawful Authority - a Class A Misdemeanor | 4/8/2005 | one |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

ENTERED IN CRIMINAL DOCKET  8/16/05

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

08/10/2005
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

Honorable Bernard Zimmerman, U. S. Magistrate Judge
Name & Title of Judicial Officer

8/11/2005
Date

AO 245B (Rev. 12/03 - Judgment in a Criminal Case

# United States District Court
## Northern District of California

FILED
AUG 11 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| RIGOBERTO CALZADA | Case Number: CR05-0514-01 BZ |
| | USM Number: |
| | Elizabeth Falk (FPD) |
| | Defendant's Attorney |

Case 3:05-cr-00514-BZ   Document 20   Filed 10/23/2006   Page 5 of 14

**THE DEFENDANT:**

[x] pleaded guilty to count(s): <u>one of the Information</u>.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. Section 1028 (a)(6) | Knowingly Possessing an Authentication Feature that appears to be of the United States Produced without Lawful Authority - a Class A Misdemeanor | 4/8/2005 | one |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

08/10/2005
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

Honorable Bernard Zimmerman, U. S. Magistrate Judge
Name & Title of Judicial Officer

Date

AO 245B (Rev. 12/03) Judgment in a Criminal Case - Probation

DEFENDANT:       RIGOBERTO CALZADA                                        Judgment - Page 2 of 5
CASE NUMBER:     CR05-0514 BZ

## COURT PROBATION

The defendant is hereby sentenced to probation for a term of  1 Year .

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court.

- [x] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)
- [ ] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the Standard Conditions that have been adopted by this court as well with any additional conditions in this judgment.

AO 245B (Rev. 12/03) Judgment in a Criminal Case - Probation

DEFENDANT:     RIGOBERTO CALZADA                                     Judgment - Page 3 of 5
CASE NUMBER:   CR05-0514 BZ

## SPECIAL CONDITIONS COURT PROBATION

1) Defendant shall submit a bi-monthly status report.

2) In lieu of a fine, the defendant shall perform 80 hours of community services. Defense counsel will notify the court within two weeks with the name of the organization.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT: RIGOBERTO CALZADA
CASE NUMBER: CR05-0514 BZ

Judgment - Page 4 of 5

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ 0.0 | $ 0.0 |

[ ] The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage of Payment |
|---|---|---|---|
| Totals: | $ _ | $ _ | |

[ ] Restitution amount ordered pursuant to plea agreement $ _

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ] the interest requirement is waived for the   [ ] fine and/or   [ ] restitution.

[ ] the interest requirement for the   [ ] fine and/or   [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:      RIGOBERTO CALZADA                                    Judgment - Page 5 of 5
CASE NUMBER:    CR05-0514 BZ

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [x]  Lump sum payment of $25.00 due immediately, balance due

    [ ]  not later than _____, or      Case 3:05-cr-00514-BZ   Document 20   Filed 10/23/2006   Page 9 of 14

    [ ]  in accordance with ( ) C, ( ) D, ( ) E or ( ) F below; or

B  [ ]  Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) F below); or

C  [ ]  Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within (e,g, 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ]  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

| Defendant and co-defendant Names | Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee (if appropriate) |
|---|---|---|---|---|
|  |  |  |  |  |

[ ]  The defendant shall pay the cost of prosecution.
[ ]  The defendant shall pay the following court cost(s):
[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

Calzada et al,

        Defendant.

Case Number: CR05-00514 MAG

**CERTIFICATE OF SERVICE**

Case 3:05-cr-00514-BZ   Document 20   Filed 10/23/2006   Page 10 of 14

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth Meyer Falk
Office of the Public Defender's Office
450 Golden Gate Avenue 19th Floor
San Francisco, CA 94102

Michelle Morgan-Kelly
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Dated: August 11, 2005

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk

CONFIRMATION OF COMPLETION OF COMMUNITY SERVICES HOURS
FROM DOLORES STREET COMMUNITY SERVICES
DATED OCTOBER 24, 2005



**DOLORES STREET COMMUNITY SERVICES**

October 24, 2005

Cecilia Moreno
Dolores Street Commuting Services
938 Valencia St
San Francisco Ca

To Elizabeth M. Falk
Assistant Federal Public Defender
450 golden gate Ave
San Francisco CA 94102

Case 3:05-cr-00514-BZ   Document 20   Filed 10/23/2006   Page 12 of 14

Re: Verification community service hours
To Whom It May Concern:

This letter is to confirm that Mr. Rigoberto Calzada has successfully completed a total of <u>80 community services hours</u>. It was a joy working with him, he was reliable and he maintained a positive attitude during his volunteerism with his at DSCS

A table of the Dates and times and hours has been provide if you need any further information or have any question please fell free to contact me at (415) 282-3078 ext. 11.

| # | Date | Arrive | Depart | Total hrs | Date | Arrive | Depart | Total hrs |
|---|------|--------|--------|-----------|------|--------|--------|-----------|
| 1 | 09/01/05 | 3:00pm | 5:00pm | 2hours | 09/15/05 | 3:00pm | 5:00pm | 2hours |
| 2 | 09/02/05 | 3:00pm | 6:00pm | 3hours | 09/16/05 | 3:00pm | 6:00pm | 3hours |
| 3 | 09/0305 | 3:00pm | 6:00pm | 3hours | 09/2005 | 3:00pm | 6:00pm | 3hours |
| 4 | 09/05/05 | 3:00pm | 5:00pm | 2hours | 09/21/05 | 3:00pm | 6:00pm | 3hours |
| 5 | 09/06/05 | 3:00pm | 6:00pm | 3hours | 09/22/05 | 3:00pm | 5:00pm | 2hours |
| 6 | 09/07/05 | 3:00pm | 6:00pm | 3hours | 09/23/05 | 3:00pm | 6:00pm | 3hours |
| 7 | 09/08/05 | 3:00pm | 6:00pm | 3hours | 09/27/05 | 3:00pm | 6:00pm | 3hours |
| 8 | 09/09/05 | 3:00pm | 6:00pm | 3hours | 09/28/05 | 3:00pm | 6:00pm | 3hours |
| 9 | 09/12/05 | 3:00pm | 5:00pm | 2hours | 09/29/05 | 3:00pm | 5:00pm | 2hours |
| 10 | 09/13/05 | 3:00pm | 6:00pm | 3hours | 09/30/05 | 3:00pm | 6:00pm | 3hours |
| 11 | 09/14/05 | 3:00pm | 6:00pm | 3hours | 10/04/05 | 3:00pm | 5:00pm | 2hours |
| 12 | 09/15/05 | 3:00pm | 6:00pm | 3hours | 10/05/05 | 3:00pm | 6:00pm | 3hours |
| 13 | 09/12/05 | 3:00pm | 5:00pm | 2hours | 10/06/05 | 3:00pm | 6:00pm | 3hours |
| 14 | 09/13/05 | 3:00pm | 6:00pm | 3hours | 10/07/05 | 3:00pm | 6:00pm | 3hours |
| 15 | 09/14/05 | 3:00pm | 5:00pm | 2hours | 10/11/05 | 3:00pm | 5:00pm | 2hours |
| | | | | | | | | |
| | Total accumulative hours completed = | | | | | | | 80 |

Thank you

*Cecilia Moreno* (signature)
Special Services Case Manager
Cecilia Moreno

938 Valencia Street • San Francisco, CA 94110 • www.dscs.org

Dolores Housing Program    Administrative Offices, Community Center    Richard M. Cohen Residence
Voice (415) 282-6209 • Fax (415) 282-2826

**CITY COLLEGE OF SAN FRANCISCO**

**ALEMANY CAMPUS**
750 Eddy Street
San Francisco, CA 94109
Tel: (415) 561 - 1020

**Non-Credit Program Form**
Semester **Fall 2005**
Starts: August 17 End: December 20
Site: ALE ✓ PKP ___ APG ___

___ New
___ Continuing
___ Transfer
✓ Returning ___
Recommended Level: _W_
Current Level: _W_

PLEASE PRINT. USE PEN.

| Name: Last Calzada | First Rigoberto | Middle |
|---|---|---|
| Address: Number Street 3329-24 St. | Apt. City S.F. | State CA Zip 94110 |
| Social Security #: Or CCSF ID #: 001403774 | Birthdate: Month 5 | Day 09 Year 1980 |
| Telephone (415/650)271-2215 | Native Country: Mexico | Male ✓ Female |
| Emergency Contact Name | Telephone: (415) | |

| TIME | TEACHER | INTLS |
|---|---|---|
| 8:15 | | |
| 10:15 | | |
| 12:15 | | |
| 1:15 | | |
| 3:15 | | |
| 5:15 | | |
| 6:30 | | |

***FOR OFFICE USE ONLY***

| Time | Room | CRN# / Instructor | Level | Notes / Comments |
|---|---|---|---|---|
| 8:15 | | | | |
| 10:15 | | | | |
| 12:15 | | | | |
| 1:15 | | | | |
| 3:15 | | | | |
| 5:15 | | | | Mon.-Thurs. |
| 6:30 | 102 | 80042 | Comp | Mon.-Thurs. |

Repeat Class: 1  2  3  4  5

Please carry your program everyday.

Registration Stamp:

Instructor/Staff: _dK_     Date: _8/11/05_

November 22, 2005

To Whom It May Concern:

Rigoberto Calzada has been in my ESL Keyboarding class since August 17, 2005.

Rigoberto is doing well in this class. He understands the lessons well, and follows the instructions correctly. Rigoberto is a good student in my class.

Case 3:05-cr-00514-BZ Document 20 Filed 10/23/2006 Page 14 of 14

Regards,

Steven Lien
ESL Instructor